## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

Case No. 16-62261-CIV-GAYLES/TURNOFF

ROBERTO GONZALEZ,

    Plaintiff,

vs.

FOUNTAINS OF BOYNTON
ASSOCIATES, LTD.,

    Defendant.

_____/

## DEFAULT FINAL JUDGMENT

**THIS CAUSE** came before the Court on Plaintiff's Verified Motion for Default and Default Final Judgment [ECF No. 10]. The Court has reviewed the motion and the record and is otherwise fully advised.

On September 22, 2016, Plaintiff filed his Complaint alleging violations of the Americans with Disabilities Act ("ADA"). Despite proper service, Defendant has failed to answer or otherwise respond. Upon Plaintiff's motion, the Clerk entered a Default on November 8, 2016 [ECF No. 9]. Based thereon it is,

**ORDERED AND ADJUDGED** that Plaintiff's Motion is GRANTED. Default Final Judgment is hereby entered in favor of the Plaintiff, ROBERTO GONZALEZ, and against the Defendant, FOUNTAINS OF BOYNTON ASSOCIATES, LTD. ("Defendant"), in the form of injunctive relief. Defendant has violated the Americans with Disabilities Act. Defendant shall correct the following architectural barriers and violations of the ADA:

a. failure to comply with section 502.6. Parking space identification signs shall include the International Symbol of Accessibility complying with 703.7.2.1. Signs identifying van parking spaces when required by 502.2 shall contain the designation "van accessible." Signs shall be of the appropriate height and shall also be painted on the ground;

b. failure to comply with section 502.4. Parking spaces and access aisles serving them shall comply with 302. Access aisles shall be at the same level as the parking spaces they serve. Changes in level are not permitted;

c. failure to comply with section 406.2. Counter slopes of adjoining gutters and road surfaces immediately adjacent to the curb ramp shall not be steeper than 1:20. The adjacent surfaces at transitions at curb ramps to walks, gutters, and streets shall be at the same level;

d. failure to comply with section 406.1. Curb ramps on accessible routes shall comply with 406, 405.2 through 405.5, and 405.10;

e. providing disabled parking space(s) that are too steep as required by 2010 ADAAG §502, 502.1, 502.3, 502.4;

f. providing disabled access aisles that are too steep as required by 2010 ADAAG §502, 502.1, 502.3, 502.4;

g. failure to provide no less than 17 inches and no greater than 25 inches of the clear floor space under the lavatory as required by 2010 ADAAG § 306.2;

h. failure to provide the water closet in the proper position relative to the side wall or partition in violation of 2010 ADAAG §§ 604, 604.2;

  i. failure to provide grab bars of proper horizontal length or spacing on the rear wall as required by 2010 ADAAG §§ 604, 604.5, 604.5.1, 604.5.2, 609, 609.4;

  j. failure to provide soap dispenser at the correct height above the finish floor in violation of 2010 ADAAG §§ 606, 606.1 and 308;

  k. failure to provide a coat hook for a disabled person in violation of 2010 ADAAG §§ 603, 603.4 and 308. It is further

**ORDERED AND ADJUDGED** that Defendant shall comply with the terms of this Default Final Judgment within ninety (90) days. The Court retains jurisdiction relating to the Plaintiff's attorney's fees and costs and to Defendant's compliance with the terms set forth in the Default Final Judgment.

  **DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of November, 2016.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE