**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 16-62261-CIV-GAYLES/TURNOFF

ROBERTO GONZALEZ,

    Plaintiff,

v.

FOUNTAINS OF BOYNTON
ASSOCIATES, LTD.,

    Defendant.
_____/

## ORDER ON ATTORNEY'S FEES AND COSTS

**THIS CAUSE** came before the Court on Plaintiff's Verified Motion for Attorney's Fees and Costs [ECF No. 12]. The Court has reviewed the motion and the record and is otherwise fully advised. The Court entered a Default Final Judgment against Defendant in favor of Plaintiff on November 17, 2016 [ECF No. 11]. As the prevailing party, Plaintiff is entitled to recover his reasonable attorney's fees under the Americans with Disabilities Act and 42 U.S.C. § 12205. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion is GRANTED. Plaintiff shall recover from Defendant $3,735.00 in attorney's fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of January, 2017.

                                                     DARRIN P. GAYLES
                                                   UNITED STATES DISTRICT JUDGE